ALDRICH, (SUYDAM v.)
[See Suydam v. Aldrich, Case No. 13,652.]

---

## Case No. 156.
### ALDRIDGE v. DRUMMOND.
[1 Cranch, C. C. 400.][1]
Circuit Court, District of Columbia, June Term, 1807.

BAIL.

At law. The plaintiff's counsel was absent, but a bond for money was filed as the cause of action.

Mr. Law, for the defendant, offered to appear without bail.

THE COURT said, that he could not appear without bail, until he should be com-

---
[1][Reported by Hon. William Cranch, Chief Judge.]

mitted for want of bail, when he might appear and plead in custody.

FITZHUGH, Circuit Judge, absent.